# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENNAN McGOUGH. | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 13-43E |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Susan Paradise Baxter |
| BOBBY L. MEEKS, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.

On November 6, 2013, the Magistrate Judge issued a Report and Recommendation (Doc. 13) recommending that the Petition for a Writ of Habeas Corpus (the "Petition") (Doc. 5) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Petition (Doc. 5) is **DENIED**, and the Report and Recommendation of Magistrate Judge Baxter dated November 6, 2013, is hereby adopted as the opinion of the District Court.

IT IS SO ORDERED.

December 2, 2013
                                                                                                         s\Cathy Bissoon
                                                                                                            Cathy Bissoon
                                                                                                            United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Brennan McGough
11301-068
FCI Berlin
P.O. Box 9000
Berlin, NH 03570